AO 247 (02/08) Order Regarding Motion for Sentence Reduction

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | 4:04CR3161 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | USM No: 19219-047 | |
| ) | | |
| DEMOND NORVEL WILKINSON ) | MICHAEL J. HANSEN | |
| Defendant. ) | Defendant's Attorney | |
| Date of previous judgments: 7/25/2005 & 9/14/2006 ) | | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 96 months is reduced to 77 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 31          Amended Offense Level: 29
Criminal History Category: VI        Criminal History Category: VI
Previous Guideline Range: 188 to 235 months    Amended Guideline Range: 151 to 188 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.

☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgments dated July 25, 2005 and September 14, 2006, shall remain in effect. Filings 56 and 59 are granted as provided herein.

**IT IS SO ORDERED.**

Dated this 12th day of May, 2008
Effective Date: Monday, May 12, 2008

*S/Richard G. Kopf*
United States District Judge