IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3161 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| DEMOND NORVEL WILKINSON, | ) | |
| | ) | |
| Defendant. | ) | |

After consultation with the Probation Officer and counsel of record,

IT IS ORDERED that the petition for offender under supervision (filing no. 70) is dismissed without prejudice. The defendant's October 7, 2014 revocation hearing is canceled.

Dated October 3, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge